IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                                CIV 10-1192 WJ/KBM
                                                      CR   07-0545 WJ

MAX MENRIQUEZ FLORES,

    Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 21, 2011.  *Doc. 8.*  The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review.  To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 8)* is ADOPTED;

2. Defendant's § 2255 petition is dismissed **with prejudice;** and

3. A final order and denial of certificate of appealability enter concurrently herewith.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE